

PHILLIP A. TALBERT
Acting United States Attorney
JEAN M. HOBLER
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the matter of a Search Warrant Directed to Yahoo!, Inc.

CASE NO. 2:16-SW-0001 EFB
2:15-SW-0502 CKD

[PROPOSED] ORDER COMMANDING YAHOO!, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANTS

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding YAHOO!, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person of the existence of the search warrants issued in case numbers 2:16-SW-0001 EFB and 2:15-SW-0502 CKD (collectively, the WARRANTS), previously served on YAHOO!, Inc., for a period to and including November 15, 2016 (120 days from July 4, 2016, the current expiration), which period may be extended by further order of this Court.

The Court determines that there is reason to believe that notification of the existence of the WARRANTS will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO!, Inc. shall not, prior to November 16, 2016, disclose the existence of the WARRANTS or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that YAHOO!, Inc. may disclose the WARRANTS to an attorney for YAHOO!, Inc. for the

purpose of receiving legal advice. This order is effective to and including November 15, 2016.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 6-27-2016

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER