SEALED



1 PHILLIP A. TALBERT
Acting United States Attorney
2 JEAN M. HOBLER
SHELLEY D. WEGER
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the matter of a Search Warrant Directed to Yahoo!, Inc.

CASE NO. 2:16-SW-0001 EFB
2:15-SW-0502 CKD

[PROPOSED] ORDER COMMANDING YAHOO!, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANTS

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding YAHOO!, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the WARRANTS) of the existence of the attached WARRANTS for a period of 180 days from November 15, 2016, through and including May 14, 2017, which period may be extended by further order of this Court.

The Court determines that there is reason to believe that notification of the existence of the attached WARRANTS will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO!, Inc. shall not disclose the existence of the attached WARRANTS or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that YAHOO!,

Inc. may disclose the attached WARRANTS to an attorney for YAHOO!, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: Oct 28, 2016

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                                    2