1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   501 I Street, Suite 10-100
3  Sacramento, CA 95814
   Telephone: (916) 554-2700
4  Facsimile:  (916) 554-2900

5  Attorneys for Plaintiff
   United States of America
6

SEALED

FILED
MAY - 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the matter of Search Warrants Directed to Yahoo!, Inc. | CASE NO. 2:16-SW-001 EFB<br>2:15-SW-0502 CKD<br><br>[PROPOSED] ORDER COMMANDING YAHOO!, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANTS<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 5/8/2017

_Carolyn Delaney_
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER